632

445 A.2d 196

Commonwealth v. Brown, Appellant.

Submitted April 15, 1981.   John H. Corbett, Jr., for appellant;   Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and JOHNSON, JJ.

Judgment of sentence entered May 29, 1980 is affirmed.

445 A.2d 197

Commonwealth v. Canada, Appellant.

Submitted February 4, 1981.   Arthur J. King, Assistant Public Defender, for appellant;   Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.